IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AKUA POWELL, | : |
| | : |
| Movant/Defendant, | : |
| | : |
| v. | : Civ. Action No. 12-10-GBW |
| | : |
| BRIAN EMIG, Warden, and | : |
| ATTORNEY GENERAL OF THE | : |
| STATE OF DELAWARE, | : |
| | : |
| Respondent/Plaintiff. | : |

**MEMORANDUM ORDER**

At Wilmington on this 23rd day of August in 2024;

1. On June 25, 2024, the Court entered an Order for Petitioner to inform the Court if he intends to proceed with, amend, or withdraw the original habeas Petition he filed in 2012. Petitioner was advised that failure to inform the Court how he wished to proceed could result in the case being dismissed for failure to prosecute. (D.I. 22)

2. To date, neither Petitioner nor his counsel have responded to the Court's June 25, 2024 Order directing him to file a response.

Now therefore, IT IS HEREBY ORDERED that:

1. The Petition (D.I. 1) is **DISMISSED** for failure to prosecute this case.

2. The Clerk of the Court shall **CLOSE** the case.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE